IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LEON HALEY, SR. | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DEBRA SAUERS, SUPERINTENDENT, | : | NO. 10-5061 |
| SCI-FOREST, et al., | : | |
|     Respondents. | : | |

## EXPLANATION AND ORDER

This matter has been referred to the undersigned for preparation of a Report and Recommendation concerning the *pro se* petition of Michael Leon Haley, Sr. ("Haley" or "Petitioner") for the issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Consistent with that referral, on March 15, 2011, we directed that the Clerk of this Court served upon the District Attorney of Lehigh County the Petition for a Writ of Habeas Corpus and the memorandum and exhibits appended thereto (Doc. No. 1),[1] and that the District Attorney file an answer and memorandum of law with supporting exhibits pursuant to Rule 5 fol. 28 U.S.C. § 2254 on or before April 29, 2011.

On April 11, 2011, the Court received for filing Petitioner's Supplement to His Petition for Writ of Habeas Corpus. (Doc. No. 7, dated Mar. 25, 2011, postmarked Apr. 6, 2011). He characterizes the 12-page submission as a supplement to his *pro se* habeas petition and his response to the directive contained in Judge Sanchez's referral order of March 10, 2011 (Doc. No.

---

[1] We note that the docket maintained for this case by the Clerk of Court does not reflect the fact that Petitioner appended a lengthy memorandum and a number of exhibits with his petition. The hyper-linked document associated with the ECF Document No. 1 contains only the portion of Haley's submission contained on this district's form petition and his petition to proceed *in forma pauperis*.

1

4) to ensure that all issues are presented to the Magistrate Judge. While Petitioner has included a certificate of service indicating that this Supplement was served upon James B. Martin of the Lehigh County District Attorney's Office on March 25, 2011, with this Order we clarify that we expect that the response to the petition will encompass a response to Petitioner's "Supplement" as well.

AND NOW, this 14th day of April, 2011, **IT IS ORDERED** that the Answer of the District Attorney of Lehigh County to Haley's petition shall also address his Supplement filed on April 11, 2011.

BY THE COURT:


 /s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE